# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

July 18, 2003

Before

Hon. WILLIAM J. BAUER, Circuit Judge

Hon. RICHARD A. POSNER, Circuit Judge

Hon. TERENCE T. EVANS, Circuit Judge

No. 02-2177

| | | |
|---|---|---|
| NATALIA KHARKHAN, | | Petition for Review of an Order |
| | Petitioner, | of the Board of Immigration Appeals. |
| v. | | No. A70-488-310 |
| JOHN D. ASHCROFT, | | |
| | Respondent. | |

O R D E R

This court's opinion dated July 16, 2003 is hereby corrected to reflect a date of oral argument of January 17, 2003 instead of January 17, 2002.